IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK A. STARK, | |
| Plaintiff, | 4:23-CV-3242 |
| vs. | |
| CITY OF OMAHA, NEBRASKA, et al., | ORDER |
| Defendants. | |

IT IS ORDERED:

1. Pursuant to 28 U.S.C. § 2403(b) and Fed. R. Civ. P. 5.1(b), the Court hereby notifies the Attorney General of the State of Nebraska that the plaintiff in this matter has challenged the constitutionality of Neb. Rev. Stat. § 28-919.

2. The Clerk of the Court shall serve a copy of the plaintiff's complaint (filing 1), a copy of the plaintiff's Notice of Claim of Unconstitutionality (filing 11), and a copy of this order on the Attorney General of the State of Nebraska by certified mail, return receipt requested, and shall file proof of service on the record.

3. The State of Nebraska shall have 60 days from the date of this order to intervene pursuant to Rule 5.1(c).

- 2 -

4. The Clerk of the Court shall set a case management deadline for February 20, 2024 with the following docket text: Check for intervention by Nebraska Attorney General.

Dated this 19th day of December, 2023.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge