IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK A. STARK,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, NEBRASKA, et al.,<br><br>    Defendants. | 4:23-CV-3242<br><br>ORDER |

IT IS ORDERED:

1. Defendant Willie Miller's motion to set aside entry of default (filing 19) is granted.

2. The Clerk's Entry of Default (filing 17) is set aside.

3. Miller's motion for extension of time to file a responsive pleading (filing 21) is granted.

4. Miller shall answer or otherwise respond to the complaint on or before February 16, 2024.

Dated this 22nd day of January, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge