## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK STARK, | ) | CASE NO. 4:23-cv-3242 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PARTIAL MOTION TO** |
| | ) | **DISMISS** |
| CITY OF OMAHA, NEBRASKA; OMAHA | ) | |
| POLICE CHIEF TODD SCHMADERER, | ) | |
| individually and in his official capacity; | ) | |
| NICOLAS YANEZ, individually and in his | ) | |
| official capacity; WILLIE J. MILLER, | ) | |
| individually; DOUGLAS H. ANDERS, | ) | |
| individually; and JOHN and JANE DOES 1-5, | ) | |
| real names unknown, individually and in their | ) | |
| official capacities. | ) | |
| | ) | |
| Defendants. | ) | |

COME NOW the Defendants City of Omaha, Chief Todd Schmaderer, in his individual and official capacities, and Officer Nicolas Yanez, in his individual and official capacities (the "City Defendants"), pursuant to Fed. R. Civ. P. 12(b)(6), and move the Court for an order dismissing the following portions of the Plaintiff's Complaint (Doc. #1) for failure to state a claim upon which relief can be granted:

1.    The Plaintiff's Complaint fails to state a plausible claim to relief from Chief Todd Schmaderer, in his individual capacity, under 42 U.S.C. § 1983, in that it fails to allege facts that could plausibly establish Chief Schmaderer's personal, individual involvement in the claims and causes of action asserted by the Plaintiff.

2.    The claims by the Plaintiff against Chief Todd Schmaderer and Officer Nicolas Yanez, in their official capacities, are redundant to the claims against the City of Omaha, and thus fail to state a claim upon which relief can be granted.

3.    The Plaintiff's state common law based tort claims for malicious prosecution and civil conspiracy (Seventh and Eighth Causes of Action) are barred against the City Defendants by the sovereign immunity retained by the City and its employees through the Nebraska Political Subdivisions Tort Claims Act, NEB. REV. STAT. §13-910(7)(Reiss. 2012), and this court lacks subject matter jurisdiction over those claims to the extent they seek to impose liability against the City Defendants.

WHEREFORE, the City Defendants pray for an order dismissing those portions of the Plaintiff's Complaint (Doc. #1) listed above.  Chief Todd Schmaderer prays for an order of the Court dismissing all causes of action against him, while Officer Nicolas Yanez prays for an order of the Court dismissing the official capacity claims that the Plaintiff has asserted against him. The City Defendants pray that all state common law tort claims be dismissed in their entirety, to the extent they have been asserted against the City Defendants.  These portions of the Complaint fail to state a claim upon which relief can be granted and should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted this 5th day of February, 2024.

City of Omaha; Chief Todd Schmaderer, individually and in his official capacity; and Officer Nicolas Yanez, individually and in his official capacity, Defendants.

By: s/ Ryan J. Wiesen
RYAN J. WIESEN, No. 24810
Deputy City Attorney
TYLER E. HIIPAKKA, No. 25983
Assistant City Attorney
Attorneys for the listed Defendants
Omaha/Douglas Civic Center
1819 Farnam Street, Suite 804
Omaha, NE 68183
(402) 444-5115
Ryan.Wiesen@cityofomaha.org
Tyler.Hiipakka@cityofomaha.org

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of January, 2024, the foregoing **PARTIAL MOTION TO DISMISS** was filed with the Clerk of the Court using the CM/ECF system, which is to send notification of such filing to all attorneys of record registered with CM/ECF system. A copy of the foregoing will also be sent by first class mail, postage prepaid, addressed to the following on January 6, 2024:

Doug Anders
Tecumseh State Correctional Institution
2725 NE-50
Tecumseh, Nebraska 68450

Nebraska Attorney General's Office
2115 State Capitol
PO Box 98920
Lincoln, Nebraska 68509

s/ Ryan J. Wiesen
Deputy City Attorney