# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JACK A. STARK,**<br><br>                **Plaintiff,**<br><br>   vs.<br><br>**NICOLAS YANEZ, individually; WILLIE J. MILLER, individually; DOUGLAS H. ANDERS, individually, and JOHN or JANE DOES 1-5, real names unknown, individually and in their official capacities,**<br><br>                **Defendants.** | **4:23CV3242**<br><br>**ORDER** |

      This matter is before the Court on the Motion to Withdraw as Counsel (Filing No. 51) filed by Justin W. Pritchett and Michael B. Duffy of Fraser Stryker PC LLO. Plaintiff's counsel seek leave to withdraw from their representation of the plaintiff, who has indicated he will be seeking alternative legal representation. Accordingly,

    **IT IS ORDERED:**

1. The Motion to Withdraw as Counsel (Filing No. 51) filed by Justin W. Pritchett and Michael B. Duffy of Fraser Stryker PC LLO is granted.

2. Plaintiff's counsel shall immediately serve a copy of this Order on Plaintiff and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Plaintiff's counsel will not be relieved of their applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on her behalf. Plaintiff is responsible for keeping the Court informed of his current contact information while he is proceeding *pro se*.

4. Plaintiff may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Plaintiff must comply with all case progression deadlines, orders of this Court, the Federal Rules of Civil Procedure, and this district's Local Rules of Practice. Failure to comply with these requirements may

result in the imposition of sanctions, including payment of costs, attorneys' fees, and/or dismissal of the case.

5. Upon submission of proof of service as described in Paragraph 2 of this Order, Justin W. Pritchett and Michael B. Duffy's appearances as counsel of record for Plaintiff will be terminated, and the Clerk of Court shall terminate electronic notice to them in this case.

Dated this 25th day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge