**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| JACK A. STARK, | ) | **CASE NO. 4:23-cv-03242** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR SUMMARY JUDGMENT** |
| | ) | **BASED UPON QUALIFIED IMMUNITY** |
| NICOLAS YANEZ, in his individual capacity; | ) | |
| WILLIE J. MILLER, in his individual capacity; | ) | |
| DOUGLAS H. ANDERS, in his individual | ) | |
| capacity; and JOHN or JANE DOES 1-5, | ) | |
| real names unknown, individually and in their | ) | |
| official capacities, | ) | |
| | ) | |
| Defendants, | ) | |

COME NOW the Defendant, Nicolas Yanez, in his individual capacity, and pursuant to Fed. R. Civ. P. 56, moves the Court for an Order granting Summary Judgment based upon Quailed Immunity in his favor and against the Plaintiff.

No genuine issue of material fact exists on whether the Defendant is entitled to Qualified Immunity on the allegations of the Plaintiff's Complaint (Doc. # 1)  and other miscellaneous filings, and Defendant Nicolas Yanez should be dismissed from all causes of action pertaining to him; specifically causes of action 1-6.  Defendant Yanez submits a brief, a statement of undisputed facts, and index of evidence in support of this Motion.

WHEREFORE, Defendant Yanez prays for an Order from this Court granting his Motion for Summary Judgment based on Qualified Immunity grounds, and dismissing all allegations alleged in the Plaintiffs' Complaint (Doc. # 1) against him, specifically causes of action 1-6, and further prays that Defendant Yanez be entirely dismissed as a Defendant, with the dismissal to be with prejudice and at the Plaintiff's costs.

1

Respectfully submitted this 15th day of June, 2026.

Nicolas Yanez, in his individual capacity, Defendant.

By: s/ Ryan J. Wiesen
    TYLER HIPAKKA, No 29583
    Assistant City Attorney
    RYAN J. WIESEN, No. 24810
    Deputy City Attorney
    Omaha/Douglas Civic Center
    1819 Farnam Street, Suite 804
    Omaha, NE 68183
    (402) 444-5115
    Tyler.Hiipakka@cityofomaha.org
    Ryan.Wiesen@cityofomaha.org
    Attorneys for the listed Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2026, I filed the foregoing **MOTIONS FOR SUMMARY JUDGEMENT BASED UPON QUALIFIED IMMUNITY** with the Clerk of the Court using the CM/ECF system which is to send notice of such filing to all attorneys of record registered with the CM/ECF system.

/s/ Tyler Hiipakka
Assistant City Attorney

2