IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK A. STARK, | CASE NO. 4:23-CV-3242 |
| Plaintiff, | |
| vs. | **PLAINTIFF JACK A. STARK'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| NICOLAS YANEZ, WILLIE J. MILLER, and DOUGLAS H. ANDERS, | |
| Defendants. | |

**COMES NOW**, Jack A. Stark ("Stark"), by and through his undersigned counsel of record, as and for his Motion for Partial Summary Judgment.

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff, Dr. Jack A. Stark, hereby moves the Court for partial summary judgment as to Plaintiff's claims that Neb. Rev. Stat. § 28-919(1)(b) is both facially unconstitutional and was unconstitutionally applied to Plaintiff. In support of this Motion, Plaintiff has filed contemporaneously herewith an Annotated Statement of Undisputed Facts, Index of Evidence, and a Brief in Support of this Motion. Plaintiff expressly reserves all rights to defend and prosecute all other claims, issues, and matters properly heard by the jury.

WHEREFORE, Dr. Stark respectfully requests this Motion be granted and judgment entered in his favor as to the unconstitutionality of Neb. Rev. Stat. § 28-919.

DATED this 15th day of June, 2026.

1

JACK A. STARK, Plaintiff,

By:  */s/ Justin W. Pritchett*
Justin W. Pritchett, #27914
Pritchett Law, PLLC
1402 Jones Street #206
Omaha, NE 68102
(402) 279-4166
justin@pritchettlawoffice.com

and

Vincent M. Powers #15866
Powers Law
411 South 13th Street, Suite 300
Lincoln, NE 68501-4936
T: 402-474-8000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that June 15th, 2026, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to all parties of record.

*/s/ Justin W. Pritchett*